■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD TROY, Appellant. [612 NYS2d 902] —Application by the appellant, *inter alia,* for a writ of error coram nobis, to vacate a decision and order of this Court, dated June 25, 1990 *(People v Troy,* 162 AD2d 744), affirming a judgment of the Supreme Court, Kings County, rendered December 20, 1984.

Ordered that the application is denied.

A review of the brief submitted by the defendant's appellate counsel on his appeal from the 1984 judgment indicates that counsel capably presented several nonfrivolous issues for this Court's consideration. The defendant's appellate counsel clearly satisfied the constitutional standard of effective assistance of appellate counsel set forth by the United States Supreme Court in *Jones v Barnes* (463 US 745). Mangano, P. J., Balletta, Lawrence and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON VANBEVERHOUDT, Appellant. [612 NYS2d 903] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldberg, J.), rendered September 11, 1992, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). Thompson, J. P., Pizzuto, Santucci and Goldstein, JJ., concur.